**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Christopher JOSEPH, Defendant–**
**Appellant.**

**No. 14–31232**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 1, 2016.

Michael B. Redmann, Special Assistant U.S. Attorney, Kevin G. Boitmann, Assistant U.S. Attorney, Diane Hollenshead Copes, Esq., Assistant U.S. Attorney, U.S. Attorney's Office, New Orleans, LA, for Plaintiff–Appellee.

Alysson Leigh Mills, Esq., Fishman Haygood Phelps Walmsley Willis & Swanson, L.L.P., New Orleans, LA, for Defendant–Appellant.

Christopher Joseph, Pollock, LA, pro se.

Before REAVLEY, SMITH, and HAYNES, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Christopher Joseph has moved for leave to withdraw and has filed briefs in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir.2011). Joseph has not filed a response. We have reviewed counsel's briefs and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

